UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re: Maria Lorenzo

Case No: 14-17062-RAM
Chapter 13

Debtor /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on May 21, 2014 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Maria Lorenzo
4321 East 8th Lane
Hialeah, FL 33013

PNC Bank, National Association
P.O. Box 94982
Cleveland, OH 44101

Via Certified Mail:

PNC Bank, National Association .
c/o James Rohr, CEO
1 PNC Plaza,
Pittsburgh, PA 15222

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____________
Robert Sanchez, Esq., FBN#0442161